**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, | |
| | **CRIMINAL NO. 09-427 (JAF)** |
| v. | |
| **ALEXIS CANDELARIO SANTANA, ET AL.**, Defendants. | |

*AMENDED* **DESIGNATION OF EVIDENCE**

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorney,

pursuant to Rule 12(b)(4)(A) of the Federal Rules of Criminal Procedure, submits this notice of

the intention to use the following evidence at trial:

1.      Certified judgments of conviction for defendant [1] Alexis Candelario-Santana.

2.      Recorded telephone calls from the Metropolitan Detention Center (MDC) for
        defendants [1] Alexis Candelario-Santana and [5] David Oquendo-Rivas.

3.      MDC Visitation Logs for attorney Jorge Luis Armenteros-Chervoni.

4.      MDC Attorney Visiting Room Log Book for attorney Jorge Luis Armenteros-
        Chervoni.

5.      Inmate housing log for defendant [1] Alexis Candelario-Santana from the
        Department of Correction, Commonwealth of Puerto Rico.

6.      Inmate housing log for Hector Pabon-Rivera from the Department of Correction,
        Commonwealth of Puerto Rico.

7.      Diagram/map of "La Tombola," located at Sabana Seca, Toa Baja, Puerto Rico.
        Diagram/map will include, among other things, location ballistics recovered and
        individuals shot.

8.    Photographic identification of defendant [1] Alexis Candelario-Santana by Witness A, related to a meeting held on or about November 4, 2009, in the Juana Matos Housing Project.

9.    Photographic identification of Hector Pabon-Rivera by Witness A, related to a meeting held on or about November 4, 2009, in the Juana Matos Housing Project.

10.    Photographic identification of Jose J. Baez Perez by Witness A, related to a meeting held on or about November 4, 2009, in the Juana Matos Housing Project.

11.    Photographic identification of defendant [1] Alexis Candelario-Santana by Witness G.

12.    Photographic identification of defendant [5] David Oquendo-Rivas by Witness C.

13.    Photographic identification of defendant [5] David Oquendo-Rivas by Witness D.

14.    Photographic identification of defendant [5] David Oquendo-Rivas by Witness E.

15.    Title III recordings.

16.    Laboratory reports pertaining to examination of vehicles parked near "La Tombola" on or about October 17, 2009.

17.    Ballistics evidence recovered inside and outside "La Tombola" on or about October 17, 2009.

18.    Advice of Rights form dated 10/20/09 for defendant [5] David Oquendo-Rivas.

19.    Statement of defendant [5] David Oquendo-Rivas to POPR Police Officer Carlos Rodriguez Negron on October 20, 2009.

20.    Statement of defendant [5] David Oquendo-Rivas to ATF Special Agent Julio Torres on October 20, 2009.

21.    Items recovered on September 26, 2006, at a residence located at Las Brisas Residential Area, Calle 4, Arecibo, Puerto Rico, including drug processing equipment, cocaine, heroin and firearms.

22.    Search Warrant for a residence located at Las Brisas Residential Area, Calle 4, Arecibo, Puerto Rico.

23.    Advice of Rights form dated September 26, 2006, for defendant [3] Christian Lopez-Lebron.

2

24.     Statement of defendant [3] Christian Lopez-Lebron to DEA TFA Reynaldo
        Sanabria on September 26, 2006.

25.     Autopsy report, autopsy photographs, and certificate of death for:

        (a)     Javier Martinez Ramos.
        (b)     Julio Angel Martinez-Santana.
        (c)     Andres Torres Oquendo.
        (d)     Melvin Medina Arce.
        (e)     Jimmy Nelson Velez Matos.
        (f)     Orlando Cardona Ortiz.
        (g)     Saul Padin Orozco.
        (h)     Silvestre Gonzalez Santos.
        (i)     Richard Matias Negron.
        (j)     David Nieves Carmona.
        (k)     Zuly Santana-Francis.
        (l)     Harry Santiago-Santiago.
        (m)     Erick Morales-Alvarez.
        (n)     Joan Manuel Class Guzman.
        (o)     Pedro Semprit Santana.
        (p)     Jose Angel Hernandez Martinez.
        (q)     John Henry Garcia Martinez.
        (r)     Elisa Del Carmen Ocasio.
        (s)     Samuel Ruiz Martinez.
        (t)     Rafael Angel Ramos Rivera.
        (u)     Tina Marie Rodriguez Otero.
        (v)     Female fetus.

26.     A U.S. Postal Service Express Mail parcel/package, which contained over one
        kilogram of cocaine, recovered on June 28, 2007.  This parcel/package was
        shipped from Sabana Seca, PR, to Detroit, MI.

27.     Five (5) bindles of heroin recovered from defendant [4] Wilfredo Candelario-
        Santana on June 28, 2007, in Detroit, MI.

28.     Consent to Search form signed by Kristina Suarez on June 28, 2007, consenting to
        the search of 6357 Gladys Street, Detroit, MI.

29.     Items recovered on June 28, 2007, at 6357 Gladys Street, Detroit, MI, including
        identification cards of defendant [4] Wilfredo Candelario-Santana, scales, cutting
        agents, packaging material, delivered express mail parcels, and an assault
        weapon.

3

30.     Laboratory Report for over one kilogram of cocaine recovered on June 28, 2007, in Detroit, MI.

31.     Laboratory Report for five (5) bindles of heroin recovered from defendant [4] Wilfredo Candelario-Santana on June 28, 2007, in Detroit, MI.

32.     Three firearms, magazines, and rounds recovered on October 20, 2009, at a residence located at "Sector 26," Toa Baja, Puerto Rico.

33.     Medical records of surviving victims of the "La Tombola" shooting.

34.     Photograph of:

     (a)     Defendants.
     (b)     Christian Ortiz-Rivera.
     (c)     Hector Pabon-Rivera.
     (d)     Jose J. Baez Perez.
     (e)     Exterior and interior of "La Tombola."
     (f)     All aforementioned firearms.
     (g)     Victims of gunshot wounds from shooting at "La Tombola."
     (h)     Ballistics evidence recovered from inside "La Tombola."
     (i)     Ballistics evidence recovered from outside "La Tombola."
     (j)     Bullet impact marks from vehicles parked outside "La Tomobla."
     (k)     Vehicles parked near La Tombola.
     (l)     Exterior of residence located at Carretera 867, Sector 26, Toa Baja, Puerto Rico.
     (m)     Interior of residence located at Carretera 867, Sector 26, Toa Baja, Puerto Rico.
     (n)     1994 gray Mazda, bearing Michigan license plate BAK8446.
     (o)     Items recovered on June 28, 2007, at 6357 Gladys Street, Detroit, MI.

The Government reserves the right to identify and designate any additional evidence that it intends to introduce during its case-in-chief.

4

RESPECTFULLY SUBMITTED.  In San Juan, Puerto Rico, this 16th day of April, 2012.


ROSA EMILIA RODRÍGUEZ-VÉLEZ
United States Attorney

s/José A. Contreras
José A. Contreras
Assistant United States Attorney
USDC No. G00612
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
San Juan, Puerto Rico 00918
Tel: (787) 766-5656


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2012, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to all parties in this case.


s/José A. Contreras
José A. Contreras
Assistant United States Attorney