Time set: 5:00 PM
Start time: 5:16 PM
End time: 5:23 PM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE JOSE A. FUSTE, U.S. DISTRICT JUDGE**          Date: July 9, 2012

COURTROOM DEPUTY: Diana Villavicencio          Crim. 3:09-cr-427 (JAF)

COURT REPORTER: Amy Walker

================================================================

| | | |
|---|---|---|
| USA | <u>Attorneys</u>: | Jose Contreras |
| v. | | |
| Alexis Candelario-Santana (1) | | Francisco Rebollo-Casalduc |
| | | David Arthur Ruhnke |
| Carmelo Rondon-Feliciano (2) | | Miguel Oppenheimer |
| Wilfredo Candelario-Santana (4) | | Rafael Anglada-Lopez |
| David Oquendo-Rivas (5) | | Jose R. Aguayo |
| | | Steven Potolsky |

================================================================

**CASE CALLED FOR STATUS CONFERENCE**.

As to Defendant # 1 **Alexis Candelario-Santana**, the Government filed a *Notice of Intent to seek the Death Penalty*. As to Defendant # 5 **David Oquendo-Rivas**, the Government informed that they will not seek the death penalty.

The Court discussed the Order entered as to Defts. # 1 and # 5 (dkt. 462). Atty. Aguayo requested that Mr. Potolsky be allowed to continue representing the defendant. Overruled.

The parties will submit a final proposed schedule, including deadlines for pretrial motions on or before **July 25, 2012.**

**Further Status Conference set for August 6, 2012 @ 4:00 PM.**

　　　　　　　　　　　　　　　　　　　　　 *s/ Diana Villavicencio*
　　　　　　　　　　　　　　　　　　　　　Diana Villavicencio
　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk