Time set: 11:00 AM
Start time: 11:04 AM
End time: 11:41 PM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTE OF PROCEEDINGS:**

**HONORABLE JOSE A. FUSTE, U.S. DISTRICT JUDGE**          Date: January 18, 2013

COURTROOM DEPUTY: Diana Villavicencio          **Crim. 3:09-cr-00427 (JAF)**

COURT REPORTER: Amy Walker

==============================================================================

| | | |
|---|---|---|
| USA | Attorneys: | Julia Diaz-Rex |
| | | Bruce R. Hegyi |
| v. | | Marcela C. Mateo |
| | | Jacabed Rodriguez-Coss |
| **ALEXIS CANDELARIO-SANTANA (1)** | | David A. Ruhnke |
| | | Francisco Rebollo-Casalduc |
| **DAVID OQUENDO-RIVAS (5)** | | Jose R. Aguayo |

==============================================================================

**CASE CALLED FOR TELEPHONE CONFERENCE**.

- A total of 72 pre-qualified jurors will be needed:
  *12 jurors*
  *6 alternates*
  *20 peremptory challenges per each side*
  *3 additional challenges for each side for alternate jurors*
  *3 peremptory challenges for the government and 5 peremptory challenges for defense counsel due to the fact that there's one non-capital defendant.*
  The Court expects all defense counsel to work with the 25 challenges.
- The Court suggested to the parties that they work on the possibility of stipulating jurors for the final pool.
- During jury selection, the morning session will start at **8:30 AM** and the afternoon session will start at **1:30 PM.** A total of 20 jurors will be interviewed daily. All jurors will be summoned to appear at 8:30 AM to receive jury instructions. Each juror shall be interviewed in approximately 22 minutes; therefore, each party will interview each juror for approximately 11 minutes. The motions for cause will be discussed after each juror has been interviewed.
- Next list of strikes by cause with regard to the second 200 jurors is due by **1/23/2013.**
- As requested by the parties, the Court will allow that the final exercise of strikes be done as follows: Each party will exercise strikes in turn until all strikes are exhausted or all sides pass their opportunity to exercise a strike.
- Parties discussed the issue of jurors who claim a hardship because they live far apart from San Juan. The Court stated that this claim will not be considered an excuse. Lodging and transportation will be offered, if needed.
- Docket #768 is Noted.

*S/ Diana Villavicencio*
Courtroom Deputy Clerk