Time set: 8:30 AM<br>
Start time: 8:49 AM<br>
End time: 11:02 PM<br>
Start time Charge Conf. 5:06 PM<br>
End Time Charge Conf 5:51 PM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTE OF PROCEEDINGS:**

**HONORABLE JOSE A. FUSTE, U.S. DISTRICT JUDGE**          Date: March 6, 2013

COURTROOM DEPUTY: Diana Villavicencio          **Crim. 3:09-cr-00427 (JAF)**

COURT REPORTER: Amy Walker

COURT INTERPRETER: Annie Navarro / Edna Brayfield

GOVERNMENT INTERPRETER: Carol Terry Ces

===========================================================================

| | | |
|---|---|---|
| USA | Attorneys: | Bruce R. Hegyi |
| | | Marcela C. Mateo |
| v. | | Maria Dominguez-Victoriano |
| | | |
| **ALEXIS CANDELARIO-SANTANA (1)** | | David A. Ruhnke |
| | | Francisco Rebollo-Casalduc |
| **DAVID OQUENDO-RIVAS (5)** | | Jose R. Aguayo |
| | | Victor M. Chico-Luna |

===========================================================================

**CASE CALLED FOR NINTH DAY OF JURY TRIAL.** Defendants are present in court and are being assisted by the court interpreter.

Additional Stipulations were presented to the Jury.

Defendants rested.

<u>Rebuttal Phase</u>.

Testimonies of Agent FBI Agent Carlos Barreiro, FBI Special Agent Guillermo Gonzalez, Mildred Perez, Daisy Collazo-Torres, Valentin Pearson-Cepeda, Moises Franco-Miranda, Jose A. Gonzalez-Serrano, Luis Angel Moyet-Rivera, Task Force Agent Antonio Núñez-Fox were heard on behalf of the government. Cross-examinations by defense attorneys.

Testimony of Iris Dones was heard on behalf Defendant David Oquendo-Rivas. Cross-examination by AUSA Dominguez.

**Further Jury Trial set for 3/7/2013 1:30 PM in Courtroom 7 before Judge Jose A. Fuste.**
**Stipulations:**

Defendant David Oquendo-Rivas' Exhibit 8: *Stipulation of Facts as to DNA evidence.*

Defendant David Oquendo-Rivas' Exhibit 9: *Stipulation of Facts as to El Nuevo Dia, Primera Hora and El Vocero newspapers.*

<u>Charge Conference held:</u> Defendants renewed their Rule 29 motions. Denied. Proposed Instructions and Redacted Indictment were discussed. The Court will consider the changes proposed by all parties.

<u>*S/ Diana Villavicencio*</u><br>
Diana Villavicencio<br>
Courtroom Deputy Clerk

Exhibits:
- Government's: 207-208, 211-212.
- Defendant Oquendo-Rivas': 7-9 admitted.